Suzanne L. Martin
Nevada Bar No. 8833
suzanne.martin@ogletree.com
Kathryn C. Newman
Nevada Bar No. 13733
karthryn.newman@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800
Fax: 702.369.6888

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BRANDEN JAMES,<br><br>           Plaintiff,<br><br>vs.<br><br>SEPHORA USA, INC. a Foreign Corporation.<br><br>           Defendant. | Case No.: 2:23-cv-01585-APG-MDC<br><br>**STIPULATION AND ORDER OF DISMISSAL OF CASE, WITH PREJUDICE** |

Defendant Sephora USA, Inc. ("Defendant"), by and through undersigned counsel, and Plaintiff Branden James ("Plaintiff"), by and through undersigned counsel, hereby stipulate that all claims Plaintiff had or may have had against Defendant that are contained in, are reasonably related to or could have been brought in the above-captioned action, are hereby dismissed, with prejudice, in their entirety.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

- 1 -

Each party is to bear their own fees and costs.

DATED this 16th day of February, 2024.

HATFIELD & ASSOCIATES, LTD.

/s/ Trevor J. Hatfield
Trevor J. Hatfield
Nevada Bar No. 7373
702 South Eighth Street
Las Vegas, NV 89101
*Attorney for Plaintiff*

DATED this 16th of February, 2024.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Kathryn C. Newman
Suzanne L. Martin
Nevada Bar No. 8833
Kathryn C. Newman
Nevada Bar No. 13733
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135
*Attorneys for Defendant*

IT IS SO ORDERED:

**ORDER**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: February 20, 2024